UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBRA NORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 1:16-cv-00305-TWP-MJD |
| | ) |
| DEPARTMENT OF VETERAN AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Defendant's Motion to Dismiss (Dkt. 8). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Report and Recommendation. Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's claim is **DISMISSED** for lack of subject matter jurisdiction.

Date: 7/20/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DEBRA NORTON
11832 MARLIN ROAD
INDIANAPOLILS, IN 46239

Jill Z. Julian
UNITED STATES ATTORNEY'S OFFICE
jill.julian@usdoj.gov